

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00069-CR

Charles Arthur **WARREN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9856B
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant filed his brief on June 19, 2014. Appellee filed a motion for extension of time to file its brief, which was granted. Appellee's brief is due on August 20, 2014. On July 25, 2014, appellee filed a motion to abate this appeal so that the trial court can make findings of fact and conclusions of law with respect to its denial of appellant's motion to suppress. The reporter's record reflects that appellant requested on the record in open court that the trial court make findings of fact and conclusions of law. *See State v. Oages*, 210 S.W.3d 643, 644 n.3 (Tex. Crim. App. 2006); *Blocker v. State*, 231 S.W.3d 595, 596-97 (Tex. App.—Waco 2007, no pet.). Pursuant to *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), when requested by the losing party, a trial court is required to state its essential findings. *See also State v. Elias*, 339 S.W.3d 667, 676-77 (Tex. Crim. App. 2011). Here, however, findings of fact and conclusions of law were neither stated on the record, nor written and filed in the record.

Appellee's motion to abate this appeal is therefore GRANTED. We, therefore, ABATE this appeal and REMAND the cause to the trial court so that it can make its essential findings relating to its decision to deny appellant's motion to suppress. We ORDER the trial court to make findings of fact and conclusions of law on or before **August 29, 2014**. We ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within **10 days** of the trial court filing its findings of fact and conclusions of law. We ORDER the court reporter to file a reporter's record of any hearing held on this issue within **30 days** of such a hearing.

We further order that the deadline for filing appellee's brief is SUSPENDED. After the findings of fact and conclusions of law are filed, deadlines will be set for supplemental briefing by appellant and briefing by appellee.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court